IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 NOV 14 PM 2: 14

DEPUTY CLERK _____

| UNITED STATES OF AMERICA | No. 5-18CR0119-C |
|---|---|
| v. | |
| RONALD RICHARD LINDSEY<br>a/k/a Buck Harris | 4:19mj1550 |

INDICTMENT

United States Courts
Southern District of Texas
FILED

*August 20, 2019*

David J. Bradley, Clerk of Court

The Grand Jury Charges:

Count One
Aggravated Identity Theft
(Violation of 18 U.S.C. § 1028A(a)(1))

On or about February 26, 2018, in the Lubbock Division of the Northern District of Texas, the defendant, **Ronald Richard Lindsey**, **a/k/a Buck Harris**, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: False Statement in Application for Passport, in violation of 18 U.S.C. § 1542, as charged in Count Two of this indictment, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

**Ronald Richard Lindsey**
**Indictment - Page 1**

<u>Count Two</u>
False Statement in Application for Passport
(Violation of 18 U.S.C. § 1542)

On or about February 26, 2018, in the Lubbock Division of the Northern District of Texas, the defendant, **Ronald Richard Lindsey, a/k/a Buck Harris**, willfully and knowingly made a materially false statement in an application for a passport with intent to induce and secure the issuance of a passport, for his own use, under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, to wit: he falsely stated that he had never used other names, falsely stated his date of birth was August 12, 1958 and falsely stated that his true and legal name was Buck Miles Harris.

In violation of Title 18, United States Code, Section 1542.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
RUSSELL H. LORFING
Assistant United States Attorney
Texas State Bar No. 24070173
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7351
Facsimile:    806-472-7394
E-mail:         russell.lorfing@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

RONALD RICHARD LINDSEY
a/k/a Buck Harris

INDICTMENT

COUNT 1:           AGGRAVATED IDENTITY THEFT
                   Title 18, United States Code, Section 1028A

COUNT 2:           FALSE STATEMENT IN APPLICATION FOR PASSPORT
                   Title 18, United States Code, Section 1542

(2 COUNTS)

A true bill rendered:
Lubbock                                                                    _____ Foreperson

Filed in open court this __14th__ day of __November__, A.D. 2018.

WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE